DIQUAN BOOKER   AMENDED COMPLAINT   6/20/23
vs
CORRECTIONS SERGEANT CRUZ, et al.,   9:23-CV-0584
(TJM/CFH)

Diquan Booker

On April 28 2023 I was punched in the head by a bloods gang member I pass out he said I told about a iphone charger I went to sgt cruz i told him the bloods gang inmate punch me in my head because of a iphone charger i gave to the sgt at other jail my head hurt my head hurt is what i told him i need medical attention he told me no i should have not told about the iphone charger he to me to go back and handle it on my own which mean go back and fight i put in a sick call because i was denied medical attention by sgt cruz i told them i was punched in my head and my head hurt they still have not gave me medical attention. April 30 2023 the same bloods gang member came in the bathroom with another inmate with a shank in his hand and a lace ciggarette he said smoke it if you not a cop i smoked it and my chest started hurting and my neck i pass out and started spitting up blood i was passout untill the ambulance came i was rush to albany medical center i grieve it sent a copy of the grievance to the court with the medical record to show the medicine i was taken i did not get a reponse from grievance yet i want $150 billion dollars is want i am asking for i almost died they gave me narc cans to bring me back to life sgt cruz knew my life was in danger i was told by sgt john doe something bad would happen if i don't leave the office after reporting this attack on my life

(margin notes:)
150 billion dollars is what i am asking to awarded

they are trying to kill me.

150 billion dollars is what i am asking to be awarded

my rights was violated.

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 23 2023
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

**GREENE CORRECTIONAL FACILITY**
P.O. BOX 975
COXSACKIE, NEW YORK  12051-0975

NAME: Diquan Booker    DIN: 16A1601

Legal Mail Legal

Northern district court
100 S. Clinton street
Syracuse NY 13261 7367

Legal Mail

NEOPOST
06/21/2023
US POSTAGE $000.60⁰

ZIP 12051
041M11465187

RECEIVED
JUN 23 2023
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

1326186100 C061

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Diquan Booker   DIN: 16A1691

Legal Mail   Legal Mail

Put this    6/20/23
Amended page 2 with page 1

9:23-cv-00584
TJM
CFH

JIQUAN Booker
CORRECTION vs Sgt Cruz et, al
Amended Complaint
6/20/23
Jiquan Booker
9:23-CV-00584-TJM CFH

Sgt Cruz knew about these blood gang members trying to hurt me trying to kill me ahead of time i let him know about this situation about the iphone charger before i requested protective custody before and he told me to sign this paper refusing protective custody and that there was no protective custody he denied medical attention when i told him my head hurt from being punch in the head he said no i should of told about iphone charger if it was not for him i would of not of been in the hospital if i was not for him i would of not had a headache from being punched in the head i almost died because him not listen to me i want to be awarded 150 billion dollars for the violation of my right and knowing my life was in danger in did not protect me from this. I am in danger because of this iphone charger that i gave to the sgt the the dirty correction officer gave to the blood gang inmate the are dirty bad correction officers and i fear for my life

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 2 6 2023
AT      O'CLOCK
John M. Domurad, Clerk - Syracuse

Dear Court I sent 2 Amended complaint page 1 page 2 short Plan statement of the facts that sgt Cruz knew and was aware of the danger I was in before it happen he denied me protective custody once before he said I was not no protective custody he knew they where trying to kill me this is corruption I will like to be awarded 150 billion dollars, I almost lost my life because of sgt Cruz   Dujuan Booker 16A1691

I sent the amended complaints out on same day 6/20/23 just letting you know because these people hate me and play with my mail

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 26 2023
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse